FILED

08/22/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0026

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0026

_____

STATE OF MONTANA,

     Plaintiff and Appellee,

v.                                                          O R D E R

THOMAS WOJTOWICZ,

     Defendant and Appellant.

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellant's Opening brief filed electronically on August 21, 2023, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(c) requires a statement of the case that indicates briefly the nature of the case and its procedural disposition in the court. M. R. App. P. 12(1)(d) requires a statement of the facts that contains references to the pages or parts of the record where the facts appear. The submitted brief contains a section labeled "Statement of the Case" that in substance is a Statement of Facts, but no Statement of the Case consistent with Rule 12(1)(c) is present. Appellant must revise the brief so that the current "Statement of the Case" is correctly labeled as the "Statement of Facts" and must further include a Statement of the Case that comports with the applicable Rule.

M. R. App. P. 12(1)(i) provides that an appellant's opening brief shall contain an appendix that includes the relevant judgment, orders, findings of fact, conclusions of law, jury instructions, rulings, or decisions from which the appeal is taken. Appellant's appendix does not include all necessary relevant judgments and orders.

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellant shall electronically file with the Clerk of this Court a revised brief containing

the revisions necessary to comply with the specified Rule[*s*] and that the Appellant shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellant and to all parties of record.

Electronically signed by:
Laurie McKinnon
Justice, Montana Supreme Court
August 22 2023